# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL
FOR THE CLAIM OF DARLENE
CHERYL KERSH (D), ET AL.

NO. 2021 CW 0119

**APRIL 26, 2021**

---

In Re:      The Louisiana Insurance Guaranty Association and
            Adrian Talbot, M.D., applying for supervisory writs,
            22nd Judicial District Court, Parish of St. Tammany,
            No. 2016-14523.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-5(C)(8). Relators, The Louisiana Insurance Guaranty Association and Adrian Talbot, MD, failed to provide documentation showing they timely filed their notice of intent to seek writs and failed to include all pleadings upon which the ruling was made, including the petition.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including documentation to show that this writ application was timely filed, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before **May 25, 2021** and must contain a copy of this ruling.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT